**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LEE EVANS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MIKE MCDONALD, Acting Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | NO. EDCV 07-00371 VBF (SS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 23, 2009

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE